IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFOMC, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 10-4907 |
| v. | : | |
| | : | |
| COMPREHENSIVE BEHAVIORAL CARE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of March 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 10), Plaintiff's Answer to Defendants' Motion to Dismiss and Appendix of Exhibits in Opposition to Defendants' Motion to Dismiss (Doc. No. 15), Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 19), Defendants' Alternative Motion to Transfer Venue (Doc. No. 26), Defendants' Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss and Alternative Motion to Transfer Venue and Defendants' Appendix of Exhibits (Doc. No. 27), Plaintiff's Answer to Defendants' Motion to Transfer Venue and Supplemental Appendix of Exhibits in Opposition to Defendants' Motion to Dismiss (Doc. No. 28), Defendants' Reply Memorandum of Law in Further Support of Defendants' Alternative Motion to Transfer Venue (Doc. No. 29), and the arguments of counsel at the hearing held on February 10, 2011, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 10) is **DENIED**.

2. Defendants' Alternative Motion to Transfer Venue (Doc. No. 26) is **GRANTED**.

3. The above-captioned matter shall be **TRANSFERRED** to the District Court of Puerto Rico. The Clerk of Court is ORDERED to transfer the case to the District Court of Puerto Rico.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.
